IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 08-27380 CMB |
| | ) | |
| Donna J. Strawser and Dayton D. Strawser, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Document No.: _____ |
| | ) | |
| Charles O. Zebley, Jr., | ) | |
| | ) | |
| Trustee/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Donna J. Strawser and Dayton D. Strawser, | ) | |
| | ) | |
| Debtors/Respondents. | ) | |

TRUSTEE'S MOTION TO PAY DEBTORS' EXEMPTION INTO COURT

The Trustee, Charles O. Zebley, Jr., through his attorneys, Zebley Mehalov & White, P.C., makes this motion to pay Debtors' exemption into court and states as follows:

1. The movant, Charles O. Zebley, Jr., is the Trustee in this case.

2. Among the assets of this case is Debtors' interest in real estate (the, "premises") located in Butler County, Pennsylvania, with an address of 212 Brickbichler Road, Petrolia, Pennsylvania 16050, having map number 150-1F112-3B.

3. Following the sale of the premises Trustee tendered a check for $10,584 to Debtors to pay their exemption. Trustee mailed the check to Debtors' attorney.

4. Debtors, who apparently are entangled in a divorce, have not cashed the check, which has become stale. Trustee stopped payment on the check.

5. Trustee proposes paying the $10,584 exemption into court. That will allow Trustee to file his final account.

WHEREFORE, Trustee requests that the court allow him to pay $10,584 to the clerk as unclaimed funds subject to further order of court.

Respectfully submitted,

ZEBLEY, MEHALOV & WHITE, P.C.

Dated: May 12, 2014

By:/s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr., Trustee
PA I.D. No. 28980
P.O. Box 2124
Uniontown, PA 15401
(724) 439-9200